30,885-66

Sept. 11-015

This form contains some pages that are of poor quality at the time of imaging.

Court Criminal Appeals STATE Texas

moody Donald Dsr,

vs.

Court 213th District

C'LAim case OF BEGIN 723D.
old 43 COURT CRIMINAL APPEALS
SEP 16 2015
Abel Acosta, Clerk

Writ Mandamus Motion Right Review And have any courts Log In As Video tape picture on Date, employers entered Sex offender officers? As from Oct, 1-2012 to December 22-013 of each offenders register dates.

Do each official Show that I wrote motion be transfer TDCJ-ID Units As Boyd or Montford Unit in Lubbock Texas, Mental Retardation unit, July 28-015 to Aug, 14-2015; Dist. Attorney Sharen Wilson and Louis Sturns Court 213th, Tarrant County Court House?

Yes wrote Kenneth Gordon Lawyer for my Right Appeal jury rulen fail show any writing on back bluecard signe by detective Tillerson & witness Sgt, and detective Monday claim no video tape in police office where victims complaint to report. And no video As Donald Moody came register Dec, 27-2013, doing christmas holiday or In Jan, 3-2014, Officer Tillerson write card April-15-2013, to come office in report each year As for life.

So I wait disposition Appeal in county jail or TDCJ As be rulen on case 1361 723D, prior 437/67A. Now conviction 213th court has record why not sign Dec. 12-2013. But no video tape will show my Right innocent, Dec. 1-to 22-2013, Friday noon Day. Now Lawyer Mackey had argue with prosecutor court sure pay for bond.   B.

TURN

On Issue how long I stay in TDCJ prison Attempted murder, punish-May 24-93.

→ Assitant Attorney for Tarrant County Fort Worth debra A. windsen, May have threw vide tapes in trash For 40 to 85 days No Log in case no. Are did, Lawyer George Mackey plead have redone on pictures tapes order From Jan. 1-014 to March-5-014, Doing my client warrant arrest? Appellant heard both parties argue that I have evidence on person who saw M.R. Moody Donald come Police office Dec. 22-2015 Friday. But evidence was withheld from jury verdict-

—July 22-015 to July 23-2015 State vs.—
— Donald Moody SR., Fail Register As sex offender. Applicant prays that he get Retrial on all evidence Against me and be transfer back TDCJ-ID it before 90 days Dec. 22-2015, case 1361773. If go back new jail 59D Pod, As 24 men tank hard on mental health my sleeping, eating unrest. When get new law books as there is old cases laws from 1995 to 1997, Fed. Rules Appellate and State Courts, At new jail they have new ones. Me hard use computer as find new case laws and other legal books In Green Bay Jail. Inmates As sex offenders go only 1 day if mondays, in week. Who is video required man In Fort Worth police Division When video break down? I wish get reading glasses. With blood sugar I may be blind when go TDCJ-ID unit In Dec. 15, 2015. And what my release Date At Tarrant County jail As July 23-015 sign 5 years when done 20 years on Neal Unit Amarillo Texas, murder conviction. And dismiss enhance change of # 01361773, be unfair but.

hold → against me For life sign Moody Donald SR.
100 North Lamar, Fort Worth Texas 76102 Tarrant County Green bay jail.       page c.

Motion Right To Attorney Investigate evidences, sex offender? Now I party wrote motion be transfer to TDCJ-ID that I do not want stay in county jail As hold 1 to 2 years in hear on Notice Right Appeal file July 23-2015, in jury trial found guilty fail register on Dec. 23-2013 by Texas Code Crim. Proc. Art. 62.01 and 2. Statute limited whether register 5 to 10 years or for life. My criminal case 1361773 d. And use my prior court 437167A punish Jan. 4-1991 of child indency with adult, Aug. 5-1990 And Jan. 1-1990, At StarDust Apartment 8th Ave in Fort Worth TX., I wrote district attorney Wilson in honor me be transferral back Boyd unit in Teague TX., or, Montford Unit mental health Psychiatrict ward. Was any drugs found in prisoner cocaine user doing charge sex with children? This case not sex offense. but use it As prove right dna test, Engel and v. State 887 S.W.2d 902 (1994 case law. Reviews ext. 8.06 ca) provide look page 917. If dist. attorney Sharen Wilson office, Aug. 14-2015. here is Sept. 11-2015, Friday 12:15 noon. be mail from Tarrant County jail in cell 24 men. I ask both Judge Sturns & Dist. Attorney Wilson Sharen, Aug. 14-2015 & Judge 7-28-015 motion be sent TDCJ-ID, to not wait As disposition Appeal file July 23-015 in Criminal Court 213, Tarrant County Court house. And if reduce fine to 5,000.00 dollars on case 1361773, Fail Register. Why could not bond out jail doing right Notice Appeal Tex. Rule App. Proc. 25.b, As I plead not guilty in that Ask Lawyer George Mackey file motion Reduce senten- ce to 2 years he denied me July 23-015, in before Judge

page 2.

Lawyer

Kennett Gordon stated he not going File a time reduce for 5 years be if 2 years punishment, he nor by judge Sterns, Louis Court 213. This was by me call him by prison phone Aug. 27-015 talk with him. Not going file brief have 5 yrs Reduce lower. his phone 817-338-0013.

I'm argue against Debra A. Windsor Assistant District attorney on fail keep evidence video tape's pictures of who enter builder on Oct. 1-2013 to Dec. 27-013. Now prison claim he went police office on Friday afternoon 11:15, to register on birthday Dec. 23 55 for sex of child age 11. But no such videtape was assigned To Fort Worth Police sexoffender dept, As order for safety and for health or threaten harm to officer and people coming to file criminal offense against victims and others matters. I want forget when ask officer if Civil Court office is open that what should I do as file civil claim against detective Tillerson and syts with sexoffender program. date Dec. 27-013 I'm person that went officer be report. But no officers was able assitance me. So I left went home.

Court I was inform by detective Tillerson, No person assign to work Dec. 1- to 27, 2013 of holiday christmus. Was question by prosecutors/lawyer's doing jury trial verdict July 22-015 and July 23-015, Thues day. That about 8th witnesses told jury that no videotapes present as was inmate donald moody entered police station from Dec. 1- to 27, 2013 As register As